1  **LAW OFFICE OF P. RANDALL NOAH**
2  P. RANDALL NOAH  (SBN 136452)
   8 Camino Encinas, Suite 220
3  Orinda, CA 94563
   TEL: (925) 253-5540
4  FAX: (925) 253-5542

5  Attorney for Plaintiff
   GINGER Y. SEITLES

6  RIMAC MARTIN, P.C.
7  JOSEPH M. RIMAC  (SBN 72381)
   ANNA M. MARTIN   (SBN 154279)
8  *amartin@rimacmartin.com*
   1051 Divisadero Street
9  San Francisco, California 94115
   Telephone (415) 561-8440
10 Facsimile (415) 561-8430

11 Attorneys for Defendants
   UNUMPROVIDENT CORPORATION and
12 UNUM LIFE INSURANCE COMPANY OF AMERICA

13              **UNITED STATES DISTRICT COURT**
14           **FOR THE EASTERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| 16 GINGER Y. SEITLES, | ) |
| 17 | ) **CASE NO. CIV. S-04-02725 FCD DAD** |
| 18              Plaintiff, | ) |
| 19      vs. | ) **STIPULATION AND ORDER** <br> ) **REMOVING STAY** |
| 20 UNUM PROVIDENT, UNUM LIFE <br> INSURANCE COMPANY OF AMERICA, | ) |
| 21              Defendants. | ) |
| 22 _____ | ) |

23     1.     Plaintiff, Ginger Seitles, and defendants, Unum Life Insurance Company of
24 America and UNUMGroup (formerly UnumProvident Corporation), by and through their
25 attorneys, hereby stipulate and agree, and request that the Court issue an Order, based on the
26 following:
27 ///
28

---

**-1-**
**STIPULATION TO REMOVE STAY OF PROCEEDINGS**
**AND ORDER THEREON**                                **CASE NO. CIV. S-04-2725 FCD DAD**

2. The parties request that the Court vacate the stay of action on this matter, which was ordered by this Court to permit plaintiff to participate in a "Reassessment Process" based upon an agreement entered into between UNUM and the United States Department of Labor. The Reassessment Process has been completed which resulted in a denial of plaintiff's claim for disability benefits. As such, plaintiff wishes to proceed with the lawsuit in this matter.

3. Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendants hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**IT IS SO AGREED AND STIPULATED.**

LAW OFFICE OF P. RANDALL NOAH

DATED: April 21, 2008   By:   /s/ P. RANDALL NOAH
P. RANDALL NOAH
Attorney for Plaintiff
GINGER SEITLES

RIMAC MARTIN, P.C.

DATED: April 21, 2008   By:   /s/ ANNA M. MARTIN
ANNA M. MARTIN
Attorneys for Defendants
UNUMGROUP and UNUM LIFE INSURANCE
COMPANY OF AMERICA

### ORDER

The stay of this action is HEREBY LIFTED and this action is REOPENED as of this date. The parties are to submit a Joint Status Report no later than May 12, 2008 in compliance with the Order Requiring A Joint Status Report filed on December 28, 2004.

**IT IS SO ORDERED.**

DATED: April 21, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE