**LAW OFFICE OF P. RANDALL NOAH**
P. RANDALL NOAH (SBN 136452)
2 Theatre Square, Suite 234
Orinda, CA 94563
Tel. (925) 253-5540
Fax (925) 253-5542

Attorney for Plaintiff
GINGER Y. SEITLES

**RIMAC MARTIN, P.C.**
JOSEPH M. RIMAC (SBN 72381)
ANNA M. MARTIN (SBN 154279)
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendants
UNUMPROVIDENT CORPORATION and
UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

# *E-FILING*

| | |
|---|---|
| GINGER SEITLES, | ) |
| Plaintiff, | ) CASE NO. **CIV-S-04–02725 FCD** |
| vs. | ) **STIPULATION RE MATTER IS GOVERNED BY ERISA AND FOR DISMISSAL OF PLAINTIFF'S STATE LAW CAUSES OF ACTION FOR NEGLIGENCE, BREACH OF CONTRACT, BAD FAITH DEALING, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, AND DISMISSAL OF REQUEST FOR PUNITIVE DAMAGES ; ORDER** |
| UNUM PROVIDENT, UNUM LIFE INSURANCE COMPANY OF AMERICA; | ) |
| Defendants. | ) |

1  The parties hereto, by and through their respective attorneys of record, stipulate as
2  follows:
3  Although plaintiff's complaint prepared by her prior attorney alleges state law causes of
4  action for Negligence, Breach of Contract, Bad Faith Dealing, Negligent Infliction of Emotional
5  Distress, and request for punitive damages, this matter is governed by ERISA.  This lawsuit and
6  plaintiff's claim arises under a group long term disability plan provided by California ISO for its
7  eligible employees.  In providing group disability insurance for its employees, California ISO
8  established an employee welfare benefit plan as defined by ERISA in 29 U.S.C. Section 1002(1).
9   In *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41, 95 L.Ed.2d 39, 107 S.Ct. 1549 (1987), the
10 Supreme Court held that ERISA preempts state law and provides exclusive federal remedies for
11 disputes over the payment of benefits under ERISA-regulated employee benefit plans such as the
12 plan established by the CA ISO.  The Supreme Court noted that ERISA contains a broad, general
13 preemption clause which expressly "supersedes any and all state laws insofar as they may now or
14 hereafter relate to any employee benefit plan." 29 U.S.C. § 1144(a).
15 As such, the parties stipulate that plaintiff's state law causes of action for Negligence,
16 Breach of Contract, Bad Faith Dealing, Negligent Infliction of Emotional Distress, and request
17 for punitive damages are hereby dismissed and that Plaintiff Ginger Seitles' complaint in this
18 action states a claim for relief for long term disability benefits under a group disability insurance
19 policy pursuant to ERISA 29 U.S.C. § 1132(a)(1)(B).
20 Pursuant to local rules, this document is being electronically filed through the Court's
21 ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
22 document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

-2-
**STIPULATION RE MATTER GOVERNED BY ERISA AND**
**FOR DISMISSAL OF PLAINTIFF'S STATE LAW CAUSES**
**OF ACTION FOR NEGLIGENCE, ETC.**                    **CASE NO. CIV-S-04-02725 FCD**

concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

**LAW OFFICE OF P. RANDALL NOAH**

DATED: March 27, 2009      By:   /s/ **P. RANDALL NOAH**
P. RANDALL NOAH
Attorney for Plaintiff
GINGER Y. SEITLES

**RIMAC MARTIN, P.C.**

DATED: March 27, 2009      By:   /s/ **ANNA M. MARTIN**
ANNA M. MARTIN
Attorneys for Defendants
UNUMPROVIDENT CORPORATION and
UNUM LIFE INSURANCE COMPANY OF
AMERICA

## ORDER

The parties having so stipulated, and good cause appearing therefor, **IT IS HEREBY ORDERED** that Plaintiff's state law causes of action for Negligence, Breach of Contract, Bad Faith Dealing, Negligent Infliction of Emotional Distress, and request for punitive damages are hereby dismissed. This matter shall be governed by the provisions of ERISA pursuant to Section 29 U.S.C. § 1132(a)(1)(B).

**SO ORDERED.**

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

DATED: March 27, 2009