1 | **LAW OFFICE OF P. RANDALL NOAH**
2 | P. RANDALL NOAH  (SBN 136452)
  | 2 Theatre Square, Suite 234
3 | Orinda, CA  94563
  | Tel.  (925) 253-5540
4 | Fax  (925) 253-5542

5 | Attorney for Plaintiff
  | GINGER Y. SEITLES

6 | **RIMAC  MARTIN, P.C.**
  | JOSEPH M. RIMAC  (SBN 72381)
7 | ANNA M. MARTIN   (SBN 154279)
  | *amartin@rimacmartin.com*
8 | 1051 Divisadero Street
  | San Francisco, California  94115
9 | Telephone (415) 561-8440
  | Facsimile (415) 561-8430
10

11 | Attorneys for Defendants
  | UNUMPROVIDENT CORPORATION and
  | UNUM LIFE INSURANCE COMPANY OF AMERICA
12

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

GINGER SEITLES,

    Plaintiff,

vs.

UNUM PROVIDENT, UNUM LIFE INSURANCE COMPANY OF AMERICA;

    Defendants.

**CIV. S-04–02725 FCD DAD**

STIPULATION AND ORDER THEREON TO VACATE PRETRIAL CONFERENCE, PRETRIAL REQUIREMENTS AND TO SET A BRIEFING SCHEDULE FOR MOTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 52

-1-

**IT IS HEREBY REQUESTED AND STIPULATED** by the parties hereto, through their respective attorneys of record, as follows:

The parties hereby respectfully request that the Court vacate the Pre-Trial Conference scheduled for August 7, 2009.  The parties further request that the Court waive the pretrial requirements of the local rules of this Court and FRCP 16.  Finally, the parties request that the Court set a briefing schedule so that the case can be decided on cross motions pursuant to Federal Rules of Civil Procedure, Rule 52.

Good cause exist for the parties' request.  The parties have stipulated and the Court has so ordered that this matter is governed by the Employee Retirement Income Security Act of 1974. (Dkt. entry # 26).  Defendant asserts that the trial of this action should be conducted with the Court's review of the administrative record supplemented by briefing and argument of counsel.  The only documentary evidence to be presented is and will be in the Administrative Record.  The parties, therefore, request that this matter be decided pursuant to motions for judgment under FRCP Rule 52.  *See, Kearney* v.*Standard Ins. Co.,* 175 F.3d 1084, 1094-1095 (9th Cir. 1999) (*en banc*).  *Nolan v. Heald College*, 551 F.3d 1148, 1154 (9th Cir. 2009).  As such, defendants respectfully request that the Court set the following briefing schedule to allow the simultaneous exchange of opening briefs, followed by the simultaneous exchange of response briefs:

| | |
|---|---|
| July 31, 2009 | Parties to file and serve opening briefs and lodge a copy of the administrative record with the Court. |
| September 1, 2009 | Parties to file and serve response briefs |
| September 15, 2009 | Bench trial/hearing conducted by the Court's review of the administrative record, supplemented by the legal briefing and argument of counsel pursuant to FRCP, Rule 52. |

///

## **ORDER**

The Pre-Trial Conference scheduled for August 7, 2009 is vacated.

The Court orders the following briefing schedule:

| | |
|---|---|
| July 31, 2009 | Parties to file and serve opening briefs and lodge a copy of the administrative record with the Court. |
| **September 4, 2009** | Parties to file and serve response briefs. |
| **September 18, 2009** | 10:00 a.m. Bench trial/hearing conducted by the Court's review of the administrative record, supplemented by the legal briefing and argument of counsel pursuant to FRCP, Rule 52. |

**IT IS SO ORDERED**.

Dated: June 10, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE